# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Tamara Hoffschildt  
Probation Officer: Gary L. Burney

Date: July 23, 2013

Criminal Action No.: 12-cr-00344-JLK

*Parties:*

*Counsel:*

UNITED STATES OF AMERICA,

David M. Conner

    Plaintiff,

v.

EDWARD BORRA,

Philip A. Cherner

    Defendant.

## SENTENCING MINUTES

**2:02 p.m.     Court in session.**

Court calls case.  Appearances of counsel.  Defendant present on bond.

**Change of Plea Hearing:    March 21, 2013.**

**Defendant plead guilty to Count 10 of the Indictment.**

Preliminary remarks by the Court.

**ORDERED:  Motion To Dismiss (Filed 7/16/13; Doc. No. 39) is GRANTED.**

**ORDERED:  Government's Motion Regarding Acceptance Of Responsibility (Filed 7/16/13; Doc. No. 38) is DENIED, as stated on the record.**

Parties received and reviewed the presentence report.

Rulings on Objections in Doc. No. 34:  Objection No. 1 is OVERRULED; Objection Nos. 2, 3, 4, and 5 are SUSTAINED.

*12-cr-00344-JLK*
*Sentencing*
*July 23, 2013*

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:   Defendant's Sentencing Statement and Motion For Variant Sentence (Filed 7/10/13; Doc. No. 35) is GRANTED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count Ten** to a term of imprisonment of **30 months**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **2 years**.

**Conditions of supervised release:**
- (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not possess a firearm or destructive device.
- (X)   Defendant shall comply with the standard conditions adopted by the Court.
- (X)   Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X)   The judgment in this case shall impose a fine obligation; it shall be a condition of supervised release that the defendant pay any such fine in accordance with the schedule of payments set forth in the judgment.
- (X)   Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because the Presentence Report indicates a low risk of future substance abuse by defendant.

**FINE:**
Defendant shall pay a fine of $12,500.00.

The fine is due not later than the Defendant's release from incarceration, and can be made in whole or in monthly installment payments that carry interest with them during the term of supervised release.  The money installment payment will be calculated as at least 10% of your gross monthly income.

*12-cr-00344-JLK*
*Sentencing*
*July 23, 2013*

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, Defendant shall forfeit to the United States any and all property and assets agreed upon and as attached to the plea agreement.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

It is the RECOMMENDATION of this Court that the Defendant is incarcerated at an institution which provides him with adequate and competent medical care concerning his age and conditions, and likewise that it be the least restrictive permitted by the bureau.

**ORDERED:**  Court finds the defendant is not likely to flee or pose a danger to the safety of any other person or the community.

**ORDERED:**  Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon within 15 days from the date of that designation.

**ORDERED:**  Bond is continued thru the surrender date.

**2:52 p.m.     Court in recess.**
Hearing concluded.
Total in-court time: 50 minutes.