IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **12-cr-344-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    EDWARD BORRA,**

        Defendant.

## ORDER

Kane, J.

This matter is before the Court on the Government's Motion to Reduce Sentence of Imprisonment Pursuant to Rule 35(b)(2). The Motion is **GRANTED**. It is

**ORDERED** that the judgment shall be amended to reflect the term of imprisonment is reduced from 30 months to a total term 24 months.

Dated this 3rd day of September, 2014.

                              BY THE COURT:

                              *s/John L. Kane*
                              John L. Kane, Senior Judge
                              United States District Court