IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00344-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWARD BORRA,

    Defendant.

---

**ORDER TO REDUCE TERM
OF IMPRISONMENT TO TIME SERVED**

---

BEFORE THE COURT is a motion filed by the United States of America and the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the defendant, Edward Borra, to time served and commencement of the two-year term of supervised release previously imposed.  The Court finds:

    1.    Edward Borra pled guilty to violating 26 U.S.C. §§ 5861(d) and 5871, Receipt or Possession of an Unregistered Firearm.  He was sentenced on July 23, 2013, to a 30-month term of imprisonment, followed by a two-year term of supervised release.  Between September 3 and September 9, 2014, pursuant to Rule 35(b)(2), Federal Rules of Criminal Procedure, this Court reduced the defendant's sentence to 24 months imprisonment. Thus, his release date is before June 20, 2015.

    2.    Mr. Borra, age 69, has now served 14 months of his prison sentence (58% of the term based on a 30 month sentence).  His Good Conduct Release Date is June 20, 2015.

2

      3.      Mr. Borra suffers from stage IV metastatic adenocarcinoma.  The treating oncologist estimates his life expectancy to be 8 to 10 months.

      4.      Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the Court, upon motion of the Director of the Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction.   The Director of the Bureau of Prisons contends, and this Court agrees, that the defendant's terminal status constitutes extraordinary and compelling reasons that warrant the requested reduction.

IT IS THEREFORE ORDERED that the defendant's term of imprisonment is hereby reduced to the time he has already served.

IT IS FURTHER ORDERED that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as the release plan is implemented, and travel arrangements can be made.

IT IS FURTHER ORDERED that upon his release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving the two-year term of supervised release previously imposed.

DONE AND ORDERED THIS 20th DAY OF NOVEMBER 2014.

                                                  **s/ John L. Kane**
                                                  SENIOR U.S. DISTRICT JUDGE